UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC CARTER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>H. FLORES, et al.,<br><br>　　　　Defendants. | 1:17-cv-00245-DAD-EPG (PC)<br><br>FINDINGS AND RECOMMENDATIONS, RECOMMENDING THAT THIS CASE PROCEED AGAINST DEFENDANTS LONGORIA AND FLORES ON A CLAIM FOR EXCESSIVE FORCE IN VIOLATION OF THE EIGHTH AMENDMENT, AND THAT ALL OTHER CLAIMS AND DEFENDANTS BE DISMISSED WITH PREJUDICE<br>(ECF NOS. 1 & 7)<br><br>OBJECTIONS, IF ANY, DUE WITHIN TWENTY-ONE DAYS |

　　　　This is a civil action filed by Dominic Carter ("Plaintiff"), a state prisoner proceeding *pro se*. This action was initiated by the filing of a civil complaint in Kings County Superior Court on November 23, 2016 (Case #16-C0379). (ECF No. 1, p. 4). On February 16, 2017, defendants Flores, Godwin, Goree, Longoria, and Pacillas removed the case to federal court by filing a notice of removal of action pursuant to 28 U.S.C. § 1441(a). (Id. at pgs. 1-2). Within the notice of removal, these defendants requested that the Court screen Plaintiff's complaint under 28 U.S.C. § 1915A. (Id. at p. 2). On February 21, 2017, defendant Brown filed a joinder to the notice of removal and request for screening. (ECF No. 5). On February 23, 2017, the Court granted the request for the Court to screen the complaint. (ECF No. 6).

　　　　On March 31, 2017, the Court screened Plaintiff's complaint. (ECF No. 7). The Court found that Plaintiff stated a cognizable claim against defendants Longoria and Flores for excessive force in violation of the Eighth Amendment. (Id.). The Court also found that the complaint stated no other cognizable claims against these defendants, or against any other defendant. (Id.). The Court allowed Plaintiff to choose between proceeding only on the claim for unconstitutional excessive force against defendants Longoria and Flores, amending the complaint if Plaintiff believed that additional facts would establish additional claims or claims

against additional defendants, or standing on the complaint subject to the Court issuing findings and recommendations to the assigned district judge consistent with the screening order. (Id.). On April 10, 2017, Plaintiff notified the Court that he is willing to proceed only on the Eighth Amendment excessive force claim against defendants Longoria and Flores. (ECF No. 9).

Accordingly, for the reasons laid out in the Court's order that was entered on March 21, 2017 (ECF No. 7), it is HEREBY RECOMMENDED that:

1. This case proceed only on Plaintiff's claim for excessive force in violation of the Eighth Amendment against defendants Longoria and Flores;
2. All other claims and defendants be dismissed from this action, with prejudice; and
3. If these findings and recommendations are adopted, defendants Longoria and Flores be given thirty days from the date of service of the order adopting the findings and recommendations in which to file a responsive pleading to the complaint.

These Findings and Recommendations will be submitted to the United States District Court Judge assigned to this action pursuant to the provisions of 28 U.S.C. § 636 (b)(1). Within **twenty-one (21) days** after being served with a copy of these Findings and Recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any reply to the objections shall be served and filed within **ten (10) days** after service of the objections. The parties are advised that failure to file objections within the specified time may result in the waiver of rights on appeal. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated: **April 11, 2017**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE