# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC CARTER,<br><br>    Plaintiff,<br><br>    v<br><br>M. VOONG, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00245-DAD-EPG (PC)<br><br>ORDER FOLLOWING SETTLEMENT; VACATING DATES; AND DIRECTING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |

On June 9, 2017, this Court conducted a settlement conference with the parties at Corcoran State Prison. Subsequent to the settlement conference on June 13, 2017, the court and the parties conducted another settlement conference telephonically at which time the parties agreed to settle the case. The terms of the agreement were placed on the record on June 13, 2017.

Based upon the settlement of this action, it is HEREBY ORDERED that:

1. All pending matters and dates in this action are VACATED; and
2. Dispositional documents shall be filed within thirty (30) days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **June 13, 2017**

UNITED STATES MAGISTRATE JUDGE

1