# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMINIC CARTER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>H. FLORES and S. LONGORIA,<br><br>　　　　　Defendants. | Case No. 1:17-cv-00245-DAD-EPG (PC)<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF NOS. 24 & 25) |

　　　On June 20, 2017, Plaintiff and defendants Longoria and Flores filed a joint stipulation dismissing this action with prejudice and with each party bearing its own costs and attorneys' fees. (ECF No. 24). In light of this stipulation, as well as the dismissal of all other defendants (ECF Nos. 12 & 25), this action has been terminated, and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

　　Dated: __**June 22, 2017**__　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1