1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10
11

DOMINIC CARTER,

Case No. 1:17-cv-00245-DAD-EPG (PC)

12

Plaintiff,

ORDER DENYING PLAINTIFF'S MOTION
FOR A SETTLEMENT STATUS UPDATE

13

v.

(ECF NO. 27)

14

H. FLORES, et al.,

15
16

Defendants.

17
18
19          On June 13, 2017, a settlement conference was held, and the case settled. (ECF No. 20).

20   On August 31, 2017, Plaintiff filed a motion for a settlement status update. (ECF No. 27).

21          Plaintiff's motion will be denied. If Plaintiff wants an update regarding the status of the

22   settlement payment, he should contact Defendants' counsel. However, the Court notes that, based

23   on the terms stated on the record, Defendants have 180 days from the date Plaintiff delivered the

24   necessary settlement documents to Defendants to make the settlement payment.

25          If Defendants fail to pay the settlement amount due within that time period, Plaintiff may

26   bring that failure to the Court's attention at that time.

27   \\\

28   \\\

Accordingly, based on the foregoing, IT IS ORDERED that Plaintiff's motion for a settlement status update is DENIED.

IT IS SO ORDERED.

Dated:   **September 5, 2017**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE